FILE COPY

No. 07-13-00228-CR

| | | |
|---|---|---|
| Brady Carl Harris a/k/a<br>  Brady C. Harris<br>  Appellant | §<br>§<br>§ | From the 432nd District Court<br>  of Tarrant County |
| v. | §<br>§ | January 7, 2014 |
| The State of Texas<br>  Appellee | §<br>§<br>§ | Opinion by Justice Campbell |

**J U D G M E N T**

Pursuant to the opinion of the Court dated January 7, 2014, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those which may have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o